

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00369-CV

**STRATEGIC DENTAL EXECUTIVES LLC**,
Appellant

v.

**DEL MAR DENTAL, P.L.L.C.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-000680-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

SIGNED July 30, 2014.

_____
Karen Angelini, Justice